IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE WEST<br><br>   Plaintiff,<br><br> v.<br><br>BEDFORD SYSTEMS, LLC d/b/a DRINKWORKS and DOES 1-5,<br><br>   Defendant. | Civil Action No. 1:19-cv-12256 |

## NOTICE OF SETTLEMENT

 Anne West, by and through her undersigned counsel, advises this Honorable Court that she has reached an agreement in principle with Defendant Bedford Systems, LLC d/b/a Drinkworks. The parties are finalizing settlement documents and expect to file a notice of dismissal within thirty (30) days.

Dated: January 2, 2020

BLOCK & LEVITON, LLP

By:  */s/ Jason Leviton*
Jason M. Leviton, Esq.
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
Jason@blockesq.com

**CERTIFICATE OF SERVICE**

    I, Jason M. Leviton, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 2nd day of January, 2020.

                                                            */s/ Jason M. Leviton*
                                                            JASON M. LEVITON