UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Anne West</u>
   Plaintiff

v.                             Civil Action No. 19-cv-12256-IT

<u>Bedford Systems, LLC</u>
   Defendant

### SETTLEMENT ORDER OF DISMISSAL

<u>Talwani, D.J.</u>

The Court having been advised by counsel for plaintiff that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within Thirty (30) days to reopen the action if settlement is not consummated.

By the Court,

/S/ Leonardo T. Vieira

1/3/2020
Date

Leonardo T. Vieira
Docket Clerk